# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:23-cr-039-1 |
| v. ) | |
| ) | Judge Travis R. McDonough |
| ) | |
| LAFREDRICK DEON SAILS ) | Magistrate Judge Mike Dumitru |
| ) | |

## ORDER

Magistrate Judge Mike Dumitru filed a report and recommendation recommending that the Court: (1) grant Defendant's motion to withdraw his not guilty plea as to Count One of the two-count Indictment; (2) accept Defendant's guilty plea to the lesser included offense of the charge in Count One of the Indictment—that is, distribution of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1), and 841(b)(1)(C) (the "Lesser Included Offense"); (3) adjudicate Defendant guilty of the Lesser Included Offense; (4) defer until sentencing a decision on whether to accept the plea agreement (Doc. 51); and (5) find Defendant's conditions of release should be revoked and Defendant shall remain in custody until sentencing in this matter. (Doc. 63). Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with Magistrate Judge Dumitru's report and recommendation.

Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation (Doc. 63) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw his not guilty plea to Count One of the two-count Indictment is **GRANTED**;

2. Defendant's plea of guilty to the Lesser Included Offense is **ACCEPTED**;

3. Defendant is hereby **ADJUDGED** guilty of the Lesser Included Offense;

4. A decision on whether to accept the plea agreement (Doc. 51) is **DEFERRED** until sentencing; and

5. Defendant **SHALL REMAIN** in custody until sentencing in this matter, which is scheduled to take place on **May 16, 2025 at 9:00 a.m.** before the undersigned.

**SO ORDERED.**

/s/*Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**